◼ GEORGE M. KLAPAN et al., Respondents, v DRYDEN MUTUAL INSURANCE COMPANY, Appellant, et al., Defendant. (Appeal No. 3.) [700 NYS2d 789] —Appeal unanimously dismissed without costs (*see, Matter of Kolasz v Levitt*, 63 AD2d 777, 779). (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt and Balio, JJ.